# EXHIBIT A

## **Exhibit A Summary**

Plaintiff: Diamond Painting International Inc.

Address: 625 West Deer Street, Glenrock, WY 82637

Plaintiff's Diamond Painting Trademark (diamond painting®, Registration Number 6,980,948 in International Class 28) is owned by the Plaintiff by virtue of an assignment. A copy of the United States Patent and Trademark Office (PTO) Trademark Registration Certificate, the assignment cover sheet and the assignment agreement, as recorded in the PTO, are attached hereto.

# United States of America
## United States Patent and Trademark Office

# diamond painting

**Reg. No. 6,980,948**
**Registered Feb. 14, 2023**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

Ye Tuming (CHINA INDIVIDUAL)
No.39, Yedong Village
Longtou Town, Potou District
Zhanjiang, CHINA 524057

CLASS 28: Puzzles; amusement park rides; children's educational toys for developing fine motor, cognitive, counting skills; dolls and playsets therefor; infant toys; inflatable pool toys; pet toys; plush toys; PVC toy figures; toy building blocks; toy mobiles; toy telescopes

FIRST USE 11-22-2022; IN COMMERCE 11-22-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-162,895, FILED 09-07-2020



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  ETAS ID: TM837743
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| SHENGHONG WU | | 09/07/2023 | INDIVIDUAL: CHINA |

### RECEIVING PARTY DATA

| Name: | Diamond Painting International INC |
|---|---|
| Street Address: | 625 West Deer St. |
| City: | Glenrock |
| State/Country: | WYOMING |
| Postal Code: | 82637 |
| Entity Type: | Incorporated Association: WYOMING |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 6980948 | DIAMOND PAINTING |

### CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Email: | 454572799@qq.com |
|---|---|
| Correspondent Name: | Dong, Kangjian |
| Address Line 1: | 625 West Deer St. |
| Address Line 4: | Glenrock, WYOMING 82637 |

| NAME OF SUBMITTER: | SHENGHONG WU |
|---|---|
| SIGNATURE: | /SHENGHONG WU/ |
| DATE SIGNED: | 09/07/2023 |

Total Attachments: 1
source=&#25991;&#20214; 2023-09-07 18.05.11#page1.tif

## ASSIGNMENT OF TRADEMARK

This assignment is effective from (September 07, 2023) between WU, SHENGHONG with address GROUP 4, YONGCONG TOWNSHIP, LIPINGCOUNTY, GUIZHOUPROVINCE CHINA (the "Assignor") and Diamond Painting International INC with address of 625 West Deer St. Glenrock, WY 82637 (the "Assignee").

The Assignor is the owner of the entire right, title and interest in and to the US Trademark Registration Number 6980948(the "Trademarks").

The Assignee desires to acquire the Trademarks described above.

Therefore, for good and valuable consideration, the receipt and sufficiency of which are acknowledged, the Assignor hereby assigns to the Assignee all of the Assignor's right, title and interest in and to the Trademarks, together with the goodwill of the business symbolized by the Trademarks, and the right to sue for past, present and future infringement thereof.

Assignor: WU, SHENGHONG

Name of Representative of Assignor: WU, SHENGHONG

Signature: WU, SHENGHONG

Title: Owner

Dated: September 07, 2023

Assignee: Diamond Painting International INC

Name of Representative of Assignee: Dong, Kangjian

Signature: Dong, Kangjian

Title: General manager

Dated: September 07, 2023