IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------  X

Diamond Painting International Inc,  :

                                                 :       No. 1:23-cv-17192

              Plaintiff,

                                                 :

             -against-                           :

The Partnerships and Unincorporated      :
Associations Identified On Schedule A,

              Defendants.            :

---------------------------------  X

**ORDER**

On this day, the Court considered Plaintiff's *ex parte* application for a fourteen day (14) extension to renew the March 18, 2024, a temporary restraining order ('TRO") with injunction and asset restraint; an order authorizing alternative service by email and publication; and an order authorizing Expedited Discovery against Defendants, Amazon.com, and the associated financial institutions, caused by Defendants' intentional and willful infringement and sale of counterfeit products covered by the federally registered U.S. Trademark No. 6,980,948, Diamond Painting® ("the Diamond Painting Trademark").

A complete list of Defendants is attached hereto as **Schedule A**, which also includes their ID Numbers (ASINs) and links to Defendants' e-commerce stores. Having reviewed the Motion, along with Declaration of Lance Liu Esq., attached thereto and other evidence submitted in support thereof, the Court makes the following findings of fact and conclusions of law:

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Plaintiff received 1) a temporary restraining order ('TRO") with injunction and asset restraint; 2) an order authorizing alternative service by email and publication; and 3) an order authorizing Expedited Discovery against Defendants, Amazon.com, and the associated financial institutions (the "TRO and other Orders") on March 18, 2024.

2. Plaintiff needs additional time to execute the TRO against Defendants' e-commerce stores on Amazon, as listed in Schedule "A" attached hereto, so that Defendants' merchant storefronts and associated financial accounts can remain locked down prior to service of the Complaint and this Order on Defendants.

3. Plaintiff continues to satisfy the requirements of Rule 65(b) for ex parte TRO in that it continues to suffer irreparable harm from the continued sales of the counterfeit products by Defendants and would be unable to obtain any remedy if Defendants were given any advanced notice that an action for trademark infringement has been filed against the Defendants.

## ORDER

Based on the foregoing Findings of Fact and Conclusions of Law, Plaintiff's application for a fourteen-day (14) extension of the March 18, 2024 TRO and other Orders is hereby **GRANTED** and the Order permitting alternative service by email continues to allow Plaintiff five (5) days to serve Defendants by email once the email address of Defendants is provided to Plaintiff by Amazon.

SO ORDERED in No. 23-cv-17192.

Date: March 29, 2024

JOHN F. KNESS
United States District Judge