IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| Diamond Painting International Inc, | : | |
| Plaintiff, | : | Civil Action No. 1:23-CV-17192 |
| | : | Judge: Honorable John F. Kness |
| -against- | : | Magistrate Judge: Honorable Jeffrey Cole |
| The Partnerships and Unincorporated Associations Identified On Schedule A | : | |
| Defendants. | : | |

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(i), Plaintiff Diamond Painting International Inc, (the "Plaintiff") voluntarily dismisses the following Defendant listed on Schedule A to the TRO with prejudice:

| Defendant # | Store Name | Storefront weblink on Amazon.com |
|---|---|---|
| 2 | Aclarastra | https://www.amazon.com/s?me=A118XEQ2MQJTY3&marketplaceID=ATVPDKIKX0DER |
| 6 | Alucky | https://www.amazon.com/s?me=A28YO9YQO86C2U&marketplaceID=ATVPDKIKX0DER |

| | | |
|---|---|---|
| 35 | Floerve Official Direct | https://www.amazon.com/s?me=AEXKFV4G6WFSW&marketplaceID=ATVPDKIKX0DER |
| 36 | Fokus Home | https://www.amazon.com/s?me=ANSD90YRC1ZOV&marketplaceID=ATVPDKIKX0DER |
| 37 | ForPeak | https://www.amazon.com/s?me=A26NXO55NYI13S&marketplaceID=ATVPDKIKX0DER |
| 40 | Gods_Eye | https://www.amazon.com/s?me=A1VH94DXWVTBF0&marketplaceID=ATVPDKIKX0DER |
| 42 | HAFNG | https://www.amazon.com/s?me=A3H8ET4FINZ9FA&marketplaceID=ATVPDKIKX0DER |
| 69 | Memall Game Toy | https://www.amazon.com/s?me=A390IB7652Y6ME&marketplaceID=ATVPDKIKX0DER |
| 80 | pdpwr | https://www.amazon.com/s?me=A2Y0FRWS8E9CSY&marketplaceID=ATVPDKIKX0DER |
| 83 | Purple Ladybug (USA) | https://www.amazon.com/s?me=A1AQBNL09DMSLZ&marketplaceID=ATVPDKIKX0DER |
| 89 | Ruikeji | https://www.amazon.com/s?me=A1353JN1FYO9XZ&marketplaceID=ATVPDKIKX0DER |
| 90 | SAVORI US | https://www.amazon.com/s?me=A1K781XD0APBSE&marketplaceID=ATVPDKIKX0DER |
| 99 | Togolkap Arts | https://www.amazon.com/s?me=A11M8D39MG7JTB&marketplaceID=ATVPDKIKX0DER |
| 111 | Weadatty-US | https://www.amazon.com/s?me=A94D2AVG8UT4M&marketplaceID=ATVPDKIKX0DER |
| 114 | WFNG | https://www.amazon.com/s?me=AHRQNA2PDQVVW&marketplaceID=ATVPDKIKX0DER |
| 116 | WINMIND | https://www.amazon.com/s?me=AADIE4AIZK15R&marketplaceID=ATVPDKIKX0DER |

| 117 | WJH888 | https://www.amazon.com/s?me=A25DJFE91NKMNC&marketplaceID=ATVPDKIKX0DER |
| 123 | Yohuu Tech Store | https://www.amazon.com/s?me=A23TQ1DBAOGRPJ&marketplaceID=ATVPDKIKX0DER |
| 124 | Yowamho US | https://www.amazon.com/s?me=A3PTTZOYMB8DKH&marketplaceID=ATVPDKIKX0DER |

The Parties having entered into a separate confidential settlement agreement, each party will bear its own attorney's fees and costs.

Dated: April 11, 2024

Respectfully submitted,

*/s/lance liu*
Robert D. Katz, Esq.
katzr@kitchanlaw.com
Albert Wai-Kit Chan, Esq.
chank@kitchanlaw.com
Lance Y. Liu, Esq.
lanceliu2000@gmail.com
Law Offices of Albert Wai-Kit Chan, PLLC
141-07 20th Avenue
Whitestone, NY 11357
(718) 799-1000
Attorneys for Plaintiff