**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

---------------------------------- X

Diamond Painting International Inc,  :

            Plaintiff,  :  Civil Action No. 1:23-CV-17192

                   :  Judge: Honorable John F. Kness

     -against-  :

                     Magistrate Judge: Honorable Jeffrey Cole

The Partnerships and Unincorporated
Associations Identified On Schedule A  :

           Defendants.  :

---------------------------------- X


**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(i), Plaintiff Diamond Painting International Inc, (the "Plaintiff") voluntarily dismisses the following Defendant listed on Schedule A to the TRO with prejudice:

| Defendant # | Store Name | Storefront weblink on Amazon.com |
|---|---|---|
| 31 | Fadgesy | https://www.amazon.com/s?me=A3ACOWY9BJPWKC&marketplaceID=ATVPDKIKX0DER |
| 57 | KINBOM Store | https://www.amazon.com/s?me=A24M55ADMJQEC9&marketplaceID=ATVPDKIKX0DER |

| 58 | Lairi | https://www.amazon.com/s?me=AJWPUS4S04CAP&marketplaceID=ATVPDKIKX0DER |
| --- | --- | --- |
| 91 | SENOY US (Fast Delivery 7 - 15 Days) | https://www.amazon.com/s?me=A22PUC2VWEG5UF&marketplaceID=ATVPDKIKX0DER |

Dated: April 16, 2024	Respectfully submitted,

/s/lance liu
Robert D. Katz, Esq.
katzr@kitchanlaw.com
Albert Wai-Kit Chan, Esq.
chank@kitchanlaw.com
Lance Y. Liu, Esq.
lanceliu2000@gmail.com
Law Offices of Albert Wai-Kit Chan, PLLC
141-07 20th Avenue
Whitestone, NY 11357
(718) 799-1000
Attorneys for Plaintiff